# EXHIBIT A

**Defendant:** Vitamin Shoppe Industries
**Creditor ID:** VS005
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| Vitamin Shoppe Industries | PY-KUS149149-PY | $13,490.40 | 8/26/2024 | IN-KUS149149-IN | 7/11/2024 | $13,490.40 |
| | PY-KUS152145-PY | $13,490.40 | 9/13/2024 | IN-KUS152145-IN | 8/12/2024 | $13,490.40 |
| | PY-KUS155119-PY | $13,490.40 | 10/13/2024 | IN-KUS155119-IN | 9/19/2024 | $13,490.40 |
| **Total Transfers** | **3** | **$40,471.20** | | | | **$40,471.20** |